**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP**                Law Offices

The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

David Rudovsky                               Phone  (215) 925-4400
Paul Messing                                 Fax     (215) 925-5365
Jonathan H. Feinberg                         slin@krlawphila.com
Susan M. Lin
Ilene Kalman (1985-1996)                     www.krlawphila.com
David Kairys
  Of Counsel
Tanya Alexander
  Office Manager

August 23, 2022

The Honorable Mark A. Kearney
United States District Judge
6613 U.S. Courthouse
Philadelphia, PA  19106

      Re:    *Nunez v. Wetzel, et al.*, 14-cv-2192

Dear Judge Kearney:

      I write pursuant to the Court's order of August 1, 2022, and request that this letter be construed as a Notice as to whether the caption in this matter should be amended. I apologize for not filing this notice earlier.

      Pursuant to Rule 2(a) of the Rules governing Section 2254 Cases, the Petition should name the state officer who has custody of the petitioner. Here, Petitioner requests that the Court order that that the caption be amended to reflect that the proper Respondents are:

- Superintendent Bernadette Mason (the current Superintendent of SCI Mahanoy where Mr. Nunez is incarcerated),
- Acting Secretary of the Pennsylvania Department of Corrections George Little, and
- Pennsylvania State Attorney General Joshua Shapiro.

      I thank the Court for its consideration of this letter-notice and am available if further information is needed.

      Respectfully,

      */s/ Susan M. Lin*
      Susan M. Lin

Cc:    Fernando Nunez
       Matthew Stiegler, Supervisor of Federal Litigation Unit, District Attorney's Office