IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERNANDO NUNEZ, : | |
|     Petitioner, : | |
| : | |
|     v. : | CASE No. 14-cv-2192 |
| : | |
| JOHN E. WETZEL, et al., : | |
|     Respondents : | |

### PARTIES' JOINT STATUS REPORT RE: DISCOVERY

Fernando Nunez, by his counsel undersigned, respectfully submits this status report on behalf of both parties regarding the status of discovery efforts in this matter, in accordance with the Court's Order of September 9, 2022:

1.    On or about September 15, 2022, the Philadelphia District Attorney's Office ("DAO") communicated with the Philadelphia Police Department ("PPD") requesting the "H-File" (the file of the PPD's homicide unit) in Mr. Nunez's case.

2.    On or about September 21, 2022, the DAO was informed by the PPD that they have ordered the H-file from their storage unit.

3.    In the meantime, a paralegal with the Federal Litigation Unit of the DAO is gathering the DAO's boxes in Mr. Nunez's case. Once the DAO files have been gathered into one location and the H-file has been received and scanned by the DAO, the DAO will inform undersigned counsel to arrange a time for her to go to the DAO to inspect the files there.

4. The parties will provide another joint status report regarding the discovery in this matter on October 28, 2022.

                                                Respectfully submitted,

DATE:  September 28, 2022                    */s/ Susan M. Lin*
                                                        Susan M. Lin
                                                        I.D. No. 94184
                                                        KAIRYS, RUDOVSKY, MESSING,
                                                        FEINBERG & LIN
                                                        The Cast Iron Building
                                                        718 Arch Street, Suite 501 South
                                                        Philadelphia, PA  19106
                                                        (215) 925-4400
                                                        (215) 925-5365 (fax)

                                                        *Counsel for Fernando Nunez*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, the foregoing Joint Status Report Re: Discovery was filed via the Court's CM/ECF system, is available for viewing and downloading, and, as such, was served upon the below counsel:

>Matthew Stiegler, Esq.
>Philadelphia District Attorney's Office
>3 South Penn Square
>Philadelphia, PA  19107
>Matthew.Steigler@phila.gov

>>*/s/ Susan M. Lin*
>>Susan M. Lin