IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FERNANDO NUNEZ,** : | | CIVIL ACTION |
| Petitioner, | | |
| : | | |
| v. | | |
| : | | |
| **SUPERINTENDENT MASON, et al.,** : | | NO. 14-2192 (MAK) |
| Respondents. : | | |

## CERTIFICATE OF SERVICE

Pursuant to this Court's April 6, 2023 Order, ECF No. 52, I, David J. Napiorski, hereby certify that on this 6th day of April, 2023, Nunez's Petition for a Writ of Habeas Corpus (ECF No. 1), Nunez's Memorandum of Law (ECF No. 42), the Commonwealth's Response (ECF No. 51), and this Court's April 6 Order (ECF No. 52) were placed in the United States mail for service upon Carol Anderson at the following address:

Ms. Carol Anderson[1]
748 Parker Street
Langhorne, PA 19047

Respectfully submitted,

/s/ *David Napiorski*
David J. Napiorski
Assistant District Attorney

---

[1] Carol Anderson is the sister of the victim in this matter, Christopher Jastrzebski. Ms. Anderson has informed us that she is Mr. Jastrzebski's only living next of kin.

1