

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

April 6, 2023

Carol Anderson
748 Parker St.
Langhorne, PA 19047

Re: *Fernando Nunez v. Superintendent Bernadette Mason, et al.*, No. 14-2192

Dear Ms. Anderson,

Pursuant to our telephone conversations, enclosed kindly find the following documents related to Fernando Nunez's pending federal habeas matter: (1) Nunez's Petition for a Writ of Habeas Corpus; (2) Nunez's Memorandum of Law in Support of Petition; (3) the Commonwealth's Response; and (4) the Court's April 6, 2023 Order.

Please note that, pursuant to the Court's April 6 Order, you may, but are not required to do the following **on or before May 1, 2023**:

1) Provide my office with a written position as to Nunez's petition for habeas corpus relief;

2) File a statement of interest with the court; and

3) Request notice of all sentence modifications and public hearings.

Please let me know if you have any further questions.

Sincerely,

*/s/ Heather Wames*

| | |
|---|---|
| Heather Wames | David J. Napiorski |
| Assistant Supervisor | Assistant District Attorney |
| Victim Services Unit | Federal Litigation Unit |
| Philadelphia District Attorney's Office | Philadelphia District Attorney |

w/ Encl.